IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |   | |
|---|---|---|---|
| MORRIS CLAYTON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | CASE NO. 2:12-cv-838-MEF |
| | ) | | (WO – Do Not Publish) |
| W.L. PETREY WHOLESALE | ) | | |
| COMPANY, INC., | ) | | |
| | ) | | |
| Defendant. | ) | | |

## **ORDER**

Defendant filed an Amended Answer (Doc. #10) with this Court on December 4, 2012. Defendant filed such amendment after the time period for amending a pleading as a matter of course, pursuant to Federal Rule of Civil Procedure Rule 15(a)(1), had expired. Furthermore, Defendant neither obtained the opposing party's written consent to the amendment nor filed a motion seeking leave from this Court to amend its answer, pursuant to Rule 15(a)(2). Because Defendant has failed to follow the Federal Rules of Civil Procedure in its attempt to amend its answer, it is hereby ORDERED that Defendant's Amended Answer (Doc. #10) be STRICKEN from the record. Defendant may, however, refile its amended answer pursuant to Rule 15(a)(2).

The Court also reminds Defendant that its amended answer, when properly filed, must comply with Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama for Civil and Criminal Cases, which provides in pertinent part that "[a]ny amendment to a pleading . . . whether filed as a matter of course or upon a motion

to amend, must, except by leave of Court, *reproduce the entire pleading . . . as amended, and may not incorporate any prior pleading . . . by reference*." (emphasis added).

DONE this the 11th day of December, 2012.

                                          /s/ Mark E. Fuller
                                  UNITED STATES DISTRICT JUDGE